IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) No. 1:15-cr-290 (LO)
)
NOE MONTES-BOBADILLA )

## MOTION OF THE UNITED STATES TO RESOLVE CONFLICT OF INTEREST AND ADDRESS SCHEDULING ISSUES

Defendant Noe Montes Bobadilla has retained Mr. Eduardo Balarezo to represent him in this case. As the government noted at the July 27th motions hearing, we believe retained counsel has a conflict of interest arising out of counsel's representation of Joaquin Archivaldo Guzman Loera, a/k/a El Chapo, whose trial in EDNY is scheduled to begin on November 5, 2018, and is expected to last several months. *See* order entered July 17, 2018, by the Honorable Brian M. Cogan, United States District Judge, *United States v. Joaquin Archivaldo Guzman Loera*, EDNY No. 1:09-cr-466 (BMC). Mr. Balarezo's representation of El Chapo creates scheduling conflicts as well, as the trial in this case begins on November 27, 2018.

The government will file a memorandum addressing the conflict and Sixth Amendment issues raised by the defendant's retention of Mr. Balarezo. We ask that the Court schedule this

matter for a hearing during the week of September 4, 2018, on a specific date and time convenient with the Court and defense counsel.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

James L. Trump
Thomas W. Traxler
Assistant United States Attorneys

Anthony Aminoff
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice

By: /s/ James L. Trump
James L. Trump
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3726
Facsimile: (703) 299-3980
Email: jim.trump@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2018, I caused the foregoing document to be sent to the following via electronic mail:

Mark Petrovich
Counsel for Arnulfo Fagot-Maximo
mp@pw-lawfirm.com

Elita Amato
Counsel for Noe Montes-Bobadilla
amato@amatoatlaw.com

A. Eduardo Balarezo
aeb@balarezolaw.com

Daniel Dorsey
Dorseylaw@aol.com

_____
James L. Trump
Assistant United States Attorney