IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Crim. No 15-CR-290** |
| v. | : | **The Hon. Liam O'Grady** |
| | : | |
| *NOE MONTES BOBADILLA,* | : | |
| (Defendant) | | |

## MOTION TO WITHDRAW AS RETAINED COUNSEL HAS ENTERED HIS APPEARANCE

***COMES NOW***, court appointed counsel for Noe Montes Bobadilla, the defendant, and files a motion to withdraw from further representation of the defendant as retained counsel has entered his appearance to represent the defendant.

The prosecution believes there is a conflict precluding counsel of choice to represent the defendant. Undersigned has spoken with Montes-Bobadilla at length regarding the information the prosecution has provided which it bases the conflict upon. The defendant's answers to undersigned in response to questions addressing the information underlying the potential conflict shows there is in fact no conflict.

Respectfully submitted,
Office of Elita C. Amato

/s/
_____
Elita C. Amato
Va Bar No. 75827
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703.522.5900

## **CERTIFICATE OF SERVICE**

I hereby certify that this Motion was filed through the ECF system providing notice of filing to government counsel Tommy Traxler, Esq. and Jim Trump, Esq., this 15th day of August 2018, and to Mark Petrovich, counsel to the co-defendant, and to retained counsels, Eduardo Balarezo and Daniel Dorsey.

/s/
_____
Elita C. Amato, Esq.