IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-290 (LO) |
| | ) | |
| | ) | |
| NOE MONTES-BOBADILLA *et al.* | | |

## NOTICE OF HEARING

The United States hereby gives notice that the parties shall appear at 10:00 a.m. on September 4, 2018, for a hearing on the government's motion to disqualify counsel, which was filed under seal on August 20, 2018.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By        /s/
James L. Trump
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to counsel of record.

By:           /s/
James L. Trump
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov