# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **MOTION HEARING** |
| **NOE MONTES-BOBADILLA** <br> **ARNULFO FAGOT MAXIMO** | Case No. 1:15CR290 |

| | | |
|---|---|---|
| HONORABLE LIAM O'GRADY, presiding | Time Called: | 10:01 a.m. |
| Proceeding Held: September 4, 2018 | Time Concluded: | 10:32 a.m. |
| Deputy Clerk: Amanda | Court Reporter: | N. Linnell |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Thomas Traxler, Jim Trump |
| NOE MONTES-BOBADILLA in person and by: | Daniel Dorsey, Elita Amato, Eduardo Balarezo |
| ARNULFO FAGOT MAXIMO in person and by: | Mark Petrovich |
| INTERPRETER: Ana Lefebvre | ☐ Interpreter Sworn |

[96] Government's Motion to Disqualify

10:03 a.m. – Mr. Balarezo addresses the Court and discusses his current and previous clients that he represented/representing.
10:07 a.m. – Mr. Balarezo responds as to why the case should be continued.
10:12 a.m. – Mr. Petrovich does not object to continuance.
10:14 a.m. – Mr. Traxler presents argument.

- Jury trial will continue as previously set for November 27, 2018.
- Mr. Balarezo is not available for the current trial date.
- Court grants motion due to potential conflict.
- Ms. Amato's motion to withdraw is denied.
- Order to follow.