UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| *v.* | : |
| | :  Criminal No. 15-CR-290 (LO) |
| **NOE MONTES BOBADILLA,** | : |
| | : |
| *Defendant.* | : |

## NOTICE OF FILING

Defendant Noe Montes Bobadilla, by and through undersigned counsel, respectfully submits the attached letter to the Court and states as follows:

The government moved for Attorney A. Eduardo Balarezo's disqualification as counsel for Mr. Montes on the grounds of scheduling and client conflicts. The Court held a hearing on the government's motion on September 4, 2018, at which time the Court found that Mr. Balarezo's scheduling conflict merited his disqualification. The Court did not rule upon the alleged client conflicts. At the end of the hearing, Mr. Montes asked to address the Court; however, the Court denied his request and advised him to write a letter. Mr. Montes now submits his letter to the Court.

**WHEREFORE**, Mr. Montes respectfully requests that the Court consider his letter and allow Attorney Balarezo to represent him in this matter and to continue trial.

**Dated**: Washington, DC
September 12, 2018

Respectfully submitted,

**LAW OFFICE OF DANIEL K. DORSEY**

By: /s/
_____
Daniel K. Dorsey, Esq.
VA Bar # 43559
400 Seventh Street, NW
Suite 306
Washington, DC 20004
Tel. 202-347-9000
Fax. 202-783-5407

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September 2018, I caused a true and correct copy of the foregoing Defendant's Notice of Filing to be delivered via ECF to the parties in this case.

/s/
_____
Daniel K. Dorsey, Esq.