*I, Erin Gaston-Owen, transcribed (and later translated) the following comments by Noé Montes Bobadilla. The conversation occurred at the Alexandria Detention Center on September 10 between 1:15 and 2:00 pm, and was done at the request of Attorney Eduardo Balarezo. I listened to Mr. Montes Bobadilla over the phone, took notes on his comments, then read my notes back to him to confirm his statements. This is not a verbatim transcript of the conversation, but based on the notes I took at the time, I believe it accurately reflects what Mr. Montes Bobadilla wished to have put in writing.*

| | |
|---|---|
| Estimado juez, | Dear Judge, |
| Yo quiero que me entienda. Quiero cambiar de abogado porque la que tengo ahora no responde a mis preguntas y necesito uno nuevo que me explique mejor ya que yo no sé nada de las leyes de Estados Unidos. | I want you to understand me. I want to change attorneys because the [female] one I have now doesn't answer my questions and I need a new one to better explain [things] because I don't know anything about the laws of the U.S. |
| Estos abogados y yo no nos entendemos. A ella no la entiendo, casi no la entiendo, y a Jenkins sólo lo he visto en una ocasión y esa vez me habló en inglés. | These attorneys and I don't understand each other. I don't understand her, I hardly understand her, and I've only seen [Mr.] Jenkins once and that time he spoke to me in English. |
| Yo nunca tuve estudios así que prácticamente no sé nada, soy analfabeto. No sé leer ni escribir – ni en español. Aquí en la cárcel voy batallando por aprender a leer para poder leer la Biblia nada más. | I never had any schooling so I hardly know anything: I'm illiterate. I don't know how to read or write – even in Spanish. Here in jail I'm struggling to learn to read just so I can read the Bible. |
| No tengo confianza en mis abogados porque cuando tengo una pregunta nunca han sabido explicarme las cosas o hablarme de mis derechos aquí en Estados Unidos. Ella no me sabe contestar. Ella me dice que me declare y yo le digo, ¿de qué voy a declararme culpable? Porque yo no entiendo bien el caso, o sea, ¿qué tienen en mi contra? Y yo necesito que me explique mejor porque ella no me sabe contestar cuando yo se lo pregunto. | I don't have confidence in my attorneys because when I ask a question they haven't been able to explain things to me or talk to me about my rights here in the U.S. She doesn't know how to answer me. She tells me to plead and I say, what am I going to plead guilty to? Because I don't understand the case well, you know, what do they have against me? And I need to have things better explained because she doesn't know how to answer my questions. |
| No quiero que ellos me sigan representando. No. Yo necesito otro abogado. Llevo aquí entre 11 y 12 meses y ella no me ha dicho cómo es el caso y qué cosas tienen en mi contra. No me ha dicho cómo va avanzando el caso ni qué es lo que es capaz de hacer por mi. Me siento igual a como el primer día que me vine aquí. | I don't want them to continue to represent me. No. I need another attorney. I've been here between 11 and 12 months and she hasn't told me how the case is going and what things they have against me. She hasn't told me how the case is moving along or what she can do for me. I feel like I did the first day I came here. |

| | |
|---|---|
| No confío en que puedan representarme adecuadamente y necesito contratar a otro abogado.  Ningún abogado nuevo va a estar listo para mi juicio en noviembre porque no hay suficiente tiempo, es muy poco tiempo, pero quiero contratar al señor Balarezo como mi abogado. | I don't trust them to be able to adequately represent me and I need to hire another attorney. No new attorney is going to be ready for my trial in November because there isn't enough time, it's too soon, but I want to hire Mr. Balarezo to be my attorney. |
| Por favor entiéndame, señor juez. Estoy presentando esta carta y quiero rechazar a mis abogados porque llevo 11 meses aquí y no están preparados para mi juicio y eso me tiene preocupado.  Por eso le estoy mandando esta carta, señor juez.  Ella no ha hecho prácticamente nada con mi caso y necesito contratar a otro abogado. | Please understand me, Your Honor.  I'm sending this letter and want to reject my attorneys because I've been here 11 months and they aren't prepared for my trial and that has me worried.  That's why I'm sending you this letter, Your Honor.  She hasn't done hardly anything with my case, and I need to hire another attorney. |
| Gracias. | Thank you. |

Certificate of Translation:

  The English translation is, to the best of my knowledge and belief, a true and accurate translation of of Mr. Montes Bobadilla's comments in Spanish on 9/10/2018 at the Alexandria Detention Center.
  I am accredited by the American Translators Association for Spanish>English translations (#435712) and approved by the U.S. Department of State for English>Spanish and Spanish>English translations. I also hold an M.A. in Spanish Translation and Interpretation from the Middlebury Institute of International Studies (at Monterey) and am a Federally Certified Court Interpreter (USAOC).



Erin Elizabeth Gaston-Owen
Spanish into English
Certification #435712

Verify at www.atanet.org/verify