IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 15-CR-290 |
| v. : | The Hon. Liam O'Grady |
| : | |
| *NOE MONTES BOBADILLA*, : | |
| (Defendant) | |

ORDER

Upon consideration of Defendant's *Motion to Place Exhibit Under Seal and Ex Parte and to Strike From the Record Disqualified Counsel,* there being good cause shown, it is this 12th day of September, 2018, hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the exhibit 1 of ECF#112 be placed under seal and ex parte; and it is further

**ORDERED** that the Clerk strike from the case Daniel Dorsey, Esq., to preclude his further filing pleadings in this matter.

_____
Liam O'Grady
United States District Court Judge